# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0722

VERSUS

QUARION J. JENKINS

**AUGUST 29, 2022**

---

In Re:   Quarion J. Jenkins, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 17-CR7-134462.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED AS MOOT.**   The record of the Washington Parish Clerk of Court reflects the district court granted relator's Motion for Production of Documents on February 18, 2022.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

_____
DEPUTY CLERK OF COURT
FOR THE COURT